# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| EVERETT CHAD NELSON | ) | Case No.  1:24-MJ-434 |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ October 28, 2024 _____ in the city/county of _____ Sterling _____ in the _____ Eastern _____ District of _____ Virginia _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 113(a)(4) | The defendant did commit assault by beating, striking, and wounding |

This criminal complaint is based on these facts:

See attached affidavit.

_____

☑ Continued on the attached sheet.

Reviewed by AUSA/SAUSA

_____
*Complainant's signature*

__April Russo AUSA_____
*Printed name and title*

__T. Michael Class Jr., Special Agent, FBI__
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by

__telephone_____ *(specify reliable electronic means).*

Date:  __October 29, 2024_____

_____
*Judge's signature*

City and state:  __Alexandria, Virginia_____

__Hon. William B. Porter, U.S. Magistrate Judge__
*Printed name and title*